IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–02696–EWN–BNB

JOYCE LARMI,

    Plaintiff,

v.

THE GATES CORPORATION and
LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendants.

---

### ORDER FOR DISMISSAL WITH PREJUDICE

---

The Court, upon consideration of the stipulation of the parties to this civil action,

**ORDERS** that this civil action is DISMISSED with prejudice, each party to pay his, her or its own costs and attorneys' fees.

DATED this  13  day of July, 2005.

        BY THE COURT:

        s/Edward W. Nottingham
        EDWARD W. NOTTINGHAM
        United States District Judge